IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY MUNEZ,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | HON. JEROME B. SIMANDLE<br><br>Civil No. 09-3860 (JBS)<br><br>[Criminal No. 06-499 (JBS)]<br><br>**ORDER** |

    This matter having come before the Court upon Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, [Civil No. 09-3860 Docket Item 1], on the grounds that he was denied effective assistance of counsel as guaranteed by the Sixth Amendment; the Court having considered the submissions of the parties in support thereof and opposition thereto and the evidence adduced at a hearing; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this **20th** day of **January, 2011,** hereby

    ORDERED that Ground II of the Petition is **DENIED**, meaning that the entirety of the Petition has now been denied; and it is further

    ORDERED that a Certificate of Appealability is **GRANTED** as to denial of § 2255 relief on Ground II and **DENIED** as to Grounds I and III.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      United States District Judge